**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 26-1020**

_____

In re: LISA RICHARDSON HENDERSON,

        Petitioner.

_____

On Petition for Writ of Mandamus to the United States Bankruptcy Court for the Middle District of North Carolina, at Greensboro.  (17-11389)

_____

Submitted:  April 2, 2026                                  Decided:  April 23, 2026

_____

Before WILKINSON, WYNN, and RICHARDSON, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Lisa Richardson Henderson, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lisa Richardson Henderson petitions for a writ of mandamus seeking an order directing the bankruptcy court to enforce attorney admission requirements, correct the record, address procedural violations, provide due process, and consider certain evidence.[*] We conclude that Henderson is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [she] desires." *Murphy-Brown*, 907 F.3d at 795 (citation modified). And mandamus "may not be used as a substitute for appeal." *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

The relief Henderson seeks is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

[*] Henderson has also filed a motion to accelerate case processing. We deny that motion as moot.